Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>INTERIOR DESIGN CONSTRUCTION, INC., a California Corporation; and SCOTT CASTANEDA, an individual,<br><br>Defendants. | Case No.: C11-2364 CRB<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

1. The undersigned hereby acknowledges that the Judgment in the above-captioned action has been satisfied in full.

2. The names and address of the judgment creditors are: The Bay Area Painters And Tapers Pension Trust Fund, et al., c/o Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

3. The names and addresses of the judgment debtors are as follows:

    (a) Interior Design Construction, Inc., 6254 Preston Avenue, Livermore, CA;

    (b) Scott D. Castaneda, 5691 Marlin Drive, Discovery Bay, CA 94505.

4. The Judgment Pursuant to Stipulation was entered on September 16, 2011.

///

5. Abstracts of Judgment was recorded as follows:

(a) Contra Costa County, California, on October 21, 2011, as instrument number 2011-0227405-00.

(b) Alameda County, California, on October 21, 2012, as instrument number 2011300734.

(c) Santa Clara County, California, on October 24, 2012, as instrument number 21378905.

(d) El Dorado County, California, on October 26, 2012, as instrument number 2011-0049704-00.

*NOTICE TO JUDGMENT DEBTOR*: *If this is an acknowledgment of full satisfaction of judgment, it must be recorded in the county or counties shown in Item 5 above, in order to release the judgment lien.*

Dated: December 10, 2012    SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
MICHELE R. STAFFORD
Attorneys for Plaintiffs, Bay Area Painters & Tapers Trust Funds

**NOTARIZATION**

State of California     )
                        )
County of San Francisco )

On December 10, 2012, before me, Vanessa de Fabrega, Notary Public, personally appeared MICHELE R. STAFFORD, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____/S/_____
Notary's Signature

**IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

Dated: _January 18, 2013__, [redacted]

UNITED STATES DISTRICT COURT JUDGE